STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8945
    Facsimile:  (415) 744-0134
    E-Mail:  jennifer.a.kenney@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION-RIVERSIDE

| | |
|---|---|
| JOSE F. MONTUFAR ZARAGOZA, | ) Case No.: 5:14-CV-00584-FFM |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] |
| | ) JUDGMENT FOR VOLUNTARY |
| v. | ) REMAND PURSUANT TO |
| | ) SENTENCE FOUR OF 42 U.S.C. § |
| CAROLYN W. COLVIN, | ) 405(g) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

    IT IS ADJUDGED that this case is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the Stipulation to Remand.

Dated: October 10, 2014      /S/ FREDERICK F. MUMM
                                         HON. FREDERICK M. MUMM
                                         UNITED STATES MAGISTRATE JUDGE